CONGREGATIONAL CHURCH BUILDING SOCIETY, respondents,

*v.*

TRUSTEES OF THE SOCIETY OF THE FIRST CONGREGATIONAL CHURCH OF JERSEY CITY, appellants.

[Argued November 18th and 19th, 1909.   Decided February 28th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell.

*Mr. Frank H. Hall* and *Mr. Maximilian T. Rosenberg,* for the appellants.

*Mr. Corra N. Williams* and *Mr. Edward M. Colie,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed by Vice-Chancellor Howell in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—15.

*For reversal*—None.